UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIGUEZ McCAA,<br><br>    Plaintiff,<br><br>  v.<br><br>FCI-HERLONG, et al.,<br><br>    Defendants. | No. 2:24-cv-1191 CKD P<br><br>ORDER |

Plaintiff filed a motion for extension of time to file a motion to proceed in forma pauperis. Good cause appearing, IT IS HEREBY ORDERED that:

  1. Plaintiff's motion for an extension of time (ECF No. 5) is granted; and

  2. Plaintiff is granted thirty days from the date of this order in which to file a motion to proceed in forma pauperis.

Dated: May 20, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/mcca1191.36