UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIGUEZ MCCAA,<br><br>    Plaintiff,<br><br>    v.<br><br>FCI-HERLONG, et al.,<br><br>    Defendants. | No.  2:24-cv-01191-CKD P<br><br>ORDER FOR PAYMENT OF INMATE FILING FEE |

To: Federal Correctional Institution, Attention:  Inmate Trust Account, P.O. Box 7500, Crescent City, California 95532:

    Plaintiff, a federal prisoner proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of twenty percent (20%) of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the 6-month period immediately preceding the filing of this action. 28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to plaintiff's trust account.  The Warden or a designee is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's inmate trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

1

1  ////

2       Good cause appearing therefore, IT IS HEREBY ORDERED that:

3       1. The Warden or a designee shall collect from plaintiff's inmate trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of the Court. The payment shall be clearly identified by the name and number assigned to this action.

      2. Thereafter, the Warden or a designee shall collect from plaintiff's inmate trust account monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the inmate's trust account and forward payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full. The payments shall be clearly identified by the name and number assigned to this action.

      3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit to Federal Correctional Institution, Attention: Inmate Trust Account, P.O. Box 7500, Crescent City, California 95532.

      4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

Dated: February 7, 2025

                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE

8, mcca1191.cdc.fed