UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIQUEZ McCAA,

Plaintiff,

v.

FCI HERLONG, et al.,

Defendants.

No. 2:24-cv-01191-DAD-CKD P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS

(Doc. No. 17)

Plaintiff Cedriquez McCaa is a federal prisoner proceeding *pro se* and *in forma pauperis* in this action brought pursuant to the decision in *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

On May 12, 2025, the assigned magistrate judge issued amended findings and recommendations recommending that certain identified claims asserted and defendants named by plaintiff in this action be dismissed. (Doc. No. 17.) Specifically, the magistrate judge explained that in the February 7, 2025 screening order (Doc. No. 13), the court had determined that plaintiff had stated a cognizable deliberate indifference to a serious medical needs claim only against named defendant Dr. Allred and that, accordingly, all other claims asserted and defendants named should be dismissed from this action. (Doc. No. 17 at 2.)

/////

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on May 12, 2025 (Doc. No. 17 ) are adopted in full;
2. This action will now proceed only on plaintiff's deliberate indifference claim brought against named defendant Dr. Allred and all other claims asserted and defendants named are hereby dismissed from this action; and
3. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **August 27, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The court apologizes to the parties for the delay in the issuance of this order. Due to an oversight, the undersigned only recently became aware that the findings and recommendations remained pending.